A. L. MARSH, *Plaintiff in Error*, v. ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, *Defendant in Error*.

Opinion Filed December 13, 1918.

Where the Court sustains a demurrer to an amended declaration with leave to amend by a stated day, and after the time allowed in which to amend the declaration, the Clerk upon praecipe of the defendant, dismisses the cause for failure to amend within the time allowed by the Court, such dismissal by the Clerk is unauthorized, and a writ of error taken thereto should be dismissed.

Writ of Error to Circuit Court for Volusia County; J. T. Wills, Judge.

Writ of error dismissed.

*Stewart & Stewart* and *J. E. Peacock,* for Plaintiff in Error;

*Landis & Fish* and *D. C. Hull,* for Defendant in Error.

WHITFIELD, J.—The Circuit Court sustained a demurrer to an amended declaration. Another amended declaration was filed in four counts. Two counts were stricken on motion and demurrers to the other two counts were sustained "and the plaintiff allowed to amend as he may be advised on or before October Rule A. D. 1916."

On November 6, 1916, the clerk of the Circuit Court at the instance of the defendant entered an order dismissing the cause "for failure on the part of the plaintiff to amend his declaration or file an amended declaration within the time allowed by the court for this purpose." The plaintiff

took writ of error. As the plaintiff did not amend his declaration, judgment final for the defendant upon the demurrer to the declaration may have been entered, Hower v. Lewton, 18 Fla. 328, to which final judgment a writ of error may have been taken; but the order of dismissal of the cause entered by the clerk after a demurrer to the amended declaration had been sustained, was unauthorized, and it is not such a final judgment as will support a writ of error to review the merits of the case, therefore the write of error is dismissed.

All concur.